IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:05CR409 |
| vs. | |
| ALEXIS R. JONES, | ORDER |
| Defendant. | |

This matter is before the Court on defendant's request to receive a copy of her discovery packet, Filing No. 27. The Court notes that the defendant was sentenced on April 19, 2006, Filing No. 24, Judgment, and no appeal was filed. The Court notes that the defendant currently has no motions pending.

Any discovery between the U.S. Attorney and defense counsel is not filed with the District Court. After careful review of defendant's file, the Court finds that the requested documents are not part of her District Court file and the Court is unable to provide copies of pleadings that are not in the Court's possession.

As directed in defense counsel's reply to Ms. Jones's letter, she can seek discovery material directly from the U.S. Attorney.

Accordingly,

IT IS ORDERED that defendant's motion for copies (Filing No. 27) is denied.

Dated this 28th day of September, 2015

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge