# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEXIS R. JONES,<br><br>    Defendant. | 8:05CR409<br><br>ORDER |

  Defendant Alexis R. Jones appeared before the court on July 11, 2018 for a detention hearing regarding the Petition for Offender Under Supervision [49]. The detention hearing was scheduled following the court being notified the defendant had come into federal custody. The defendant was represented by First Assistant Federal Public Defender Jeffrey L. Thomas and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The defendant was released on current terms and conditions of supervision with additional conditions.

  IT IS ORDERED that the defendant is released on current terms and conditions of supervision with the additional conditions that he live with his father, Terry Lessley, and that he follow the recommendations of his chemical dependency evaluation.

  Dated this 11th day of July, 2018.

                BY THE COURT:

                s/ Susan M. Bazis
                United States Magistrate Judge